

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2018

No. 04-18-00402-CV

**IN THE ESTATE OF
MARIA L. RAYNES, DECEASED,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2013PC0369
The Honorable Tom Rickhoff, Judge Presiding

# O R D E R

The Appellant/ Cross-Appellee's Joint Motion for Extension of Time to File Appellant/ Cross-Appellee's Brief is hereby GRANTED. Time is extended to October 12, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court